

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2014

No. 04-14-00102-CV

**IN THE INTEREST OF J.R.I., A CHILD,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2008-PA-01527
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
            Marialyn Barnard, Justice
            Luz Elena D. Chapa, Justice

The trial court has filed written findings of fact in accordance with this court's order of July 21, 2014. We therefore reinstate the appeal on the active docket of the court.

Appellant may file a supplemental brief addressing the trial court's finding of fact signed on July 22, 2014. The brief is due August 4, 2014. The State may file a responsive brief within seven days of the date the appellant's brief, if any, is filed.

No extensions of time will be granted absent a motion that 1) demonstrates extraordinary circumstances justifying further delay; 2) advises the court of the efforts counsel has expended in preparing the brief; and 3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

It is so **ORDERED** on July 28, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court